IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS W. PARRISH,

    Petitioner,

vs.                              CASE NO. 5:06cv183/RS-MD

JAMES R. MCDONOUGH,

    Respondent.
_____/

### ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 23). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion To Dismiss (Doc. 21) is granted.

3. The Amended Petition For Writ Of Habeas Corpus (Doc. 6) is dismissed with prejudice.

4. The clerk is directed to close the file.

ORDERED on September 6, 2007.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**